**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| SHAHID NOOR, on behalf of himself and all others similarly situated,<br><br>    Plaintiffs,<br><br>-against-<br><br>BETZ-MITCHELL ASSOCIATES, INC.,<br><br>    Defendant. | Civil Action Number:<br><br>**17-cv-4539** |

### NOTICE OF VOLUNTARY DISMISSAL BY THE PLAINTIFF PURSUANT TO RULE 41(a)(1)(A)(ii)

Pursuant to FRCP 41(a)(1)(A)(ii), and as the Defendant has not moved for summary judgment, undersigned counsel on behalf of Plaintiff hereby voluntarily dismisses the pending action with prejudice as to the named Plaintiff and without prejudice as to any unnamed putative class members, if any.

Dated:  December 4, 2017

             Respectfully submitted,

             By:__/s/ Salim Katach_____
              Salim Katach, Esq. (SK0924)
              Varacalli & Hamra, LLP
              *Attorneys for Plaintiffs*