UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

SHAHID NOOR, on behalf of himself and all others similarly situated,

Plaintiffs,

-against-

BETZ-MITCHELL ASSOCIATES, INC.,

Defendant.

---

Civil Action Number:

17-cv-4539

FILED
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.

★ AUG 31 2018 ★

BROOKLYN OFFICE

## NOTICE OF VOLUNTARY DISMISSAL BY THE PLAINTIFF PURSUANT TO RULE 41(a)(1)(A)(ii)

Pursuant to FRCP 41(a)(1)(A)(ii), and as the Defendant has not moved for summary judgment, undersigned counsel on behalf of Plaintiff hereby voluntarily dismisses the pending action with prejudice as to the named Plaintiff and without prejudice as to any unnamed putative class members, if any.

Dated: December 4, 2017

Respectfully submitted,

By: /s/ Salim Katach
Salim Katach, Esq. (SK0924)
Varacalli & Hamra, LLP
*Attorneys for Plaintiffs*

So ordered,

s/Allyne Ross   U SDJ